# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**GILBERTO ALONSO-PORTILLO,**

    Plaintiff,      Case No. 1:25-cv-306

v.      **JUDGE DOUGLAS R. COLE**

**SHERIFF RICHARD K. JONES, et al.,**

    Defendants.

## ORDER

The above-captioned matter is hereby transferred from the docket of the Honorable Douglas R. Cole to the Clerk's Office for reassignment.

**SO ORDERED.**

May 12, 2025
**DATE**

                                                          **DOUGLAS R. COLE**
                                                          **UNITED STATES DISTRICT JUDGE**