# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

GILBERT ALONSO-PORTILLO,

    Petitioner,

    v.

SHERIFF, BUTLER COUNTY, et al.,

    Respondents.

Case No. 1:25-CV-306

Judge Michael R. Barrett

**ORDER**

    Gilbert Alonso-Portillo brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Alonso-Portillo from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[2] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

    The Clerk is **DIRECTED** to (1) immediately serve Respondents with a copy of the petition and its accompanying papers, along with a copy of this order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
_____
Michael R. Barrett
United States District Judge

---

[1] According to public records and Alonso-Portillo's petition, he is being held at the Butler County Jail on behalf of federal immigration authorities. Thus, the Court properly exercises jurisdiction over this matter. *See* 28 U.S.C. § 2241(c).

[2] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.