IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**GILBERT ALONSO-PORTILLO,**

    **Plaintiff,**

    v.                                          **Civil Action 1:25-cv-306**
                                               **Judge Michael R. Barrett**
                                               **Magistrate Judge Kimberly A. Jolson**

**RICHARD JONES, Sheriff of Butler
County, et al.,**

    **Defendants.**

## ORDER

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 12). They have now done so.[1] (Doc. 15). Based on their joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due                  June 12, 2025
- Petitioner's Reply to Return Due                   June 20, 2025

Additionally, responses to Respondent Jones's Motion to Dismiss (Doc. 14), are due on or before June 12, 2025. Any reply is due on or before June 20, 2025. Finally, the Court will set a status conference following full briefing of the Petition if necessary.

IT IS SO ORDERED.

Date: June 3, 2025                                      /s/ Kimberly A. Jolson
                                                               KIMBERLY A. JOLSON
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent Richard Jones, Sheriff of Butler County, Ohio, did not join the status report.