**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| GILBERT ALONSO-PORTILLO, | : | Case No. 1:25-cv-306 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | Judge Michael R. Barrett |
| vs. | : | |
| | : | |
| ATTORNEY GENERAL OF THE | : | Magistrate Judge Kimberly A. Jolson |
| UNITED STATES, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

Petitioner, Gilbert Alonso-Portillo, has pending before this Court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241.  On June 3, 2025, Alonso-Portillo filed an Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents in the Immigration Court.  (Doc. 21, at 197–98).  According to Respondents, a hearing on that application is scheduled for July 21, 2025, in the Immigration Court in Cleveland, Ohio.  (Doc. 19, at 82; Doc. 19-1, at 96).

The parties are **ORDERED** to **promptly** file a Joint Status Report upon the conclusion of the hearing apprising the Court of the outcome of the hearing.

**IT IS SO ORDERED.**

Date: July 17, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE