**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Gilbert Alonso-Portillo,

     Petitioner,

          v.                          Case No.   1:25cv306

Pamela Bondi, Attorney General
of the United States, et al.,

     Respondents.

## JUDGMENT IN A CIVIL CASE

[   ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[   ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court denied Petitioner's claims and dismissed the petition for a writ of habeas corpus. His motion to amend and request for discovery were denied and the motion for a preliminary injunction was denied as moot.

Date: August 28, 2025                   Richard W. Nagel, Clerk
                                            Clerk

                               By:    *s/ Krista Zeller*
                                              Deputy Clerk